# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

### Clerk's Minutes

### 24-cv-601 JHR/GBW

*Burke v. Lea County Board of County Commissioners et al*

### Date of Hearing:   5/20/2025
*(not recorded)*

**Attorney for Plaintiff:**		Benjamin Gubernick

**Attorney for Defendants:**		Alan Dahl

**Proceedings**:			Rule 16 Scheduling Conference

*Start Time*:		1:30 p.m.
*Stop Time*:		1:33 p.m.
**Total Time:**		**3 minutes**

**Clerk**:			JJD

**Notes**:

- The Court made introductions.
- The Court adopted the following discovery deadlines:

| | |
|---|---|
| Discovery ends: | 11/16/2025 |
| Plaintiff Experts: | 08/18/2025 |
| Defense Experts: | 09/17/2025 |
| Pretrial Motions: | 12/16/2025 |
| Deadline for Plaintiff to amend/add parties: | 06/20/2025 |
| Deadline for Defendant to amend/add parties: | 07/07/2025 |

- The Court advised the parties that any pleading amendment proposed after its amendment deadline must satisfy the standards of Federal Rule of Civil Procedure 15 and Federal Rule of Civil Procedure 16.
- The Court adopted the following discovery limits as proposed by the parties:

    A maximum of 25 interrogatories per side
    A maximum of 25 requests for production per side
    A maximum of 25 requests for admission per side
    A maximum of 10 depositions per side (limited to 4 hours unless extended by agreement of the parties)

- The Court informed the parties that it would be prepared to address discovery disputes through informal status conferences as an alternative to lengthy and costly motions practice, and that the parties could take advantage of this option by contacting the Court. The Court noted that if the parties seek such informal dispute resolution, and it is unsuccessful, they will be permitted to engage in motions practice on the dispute thereafter. The Court may conduct such informal status conferences telephonically or via a Zoom conference. To request informal dispute resolution, the parties should send a joint email to wormuthproposedtext@nmd.uscourts.gov that contains the following information: (i) a brief statement of the dispute; (ii) the preferred email address for each individual who will participate and a mobile phone number for at least one member of each party's team; and (iii) the parties' availability for a status conference over the next five (5) business days.
- The Court turned to setting a settlement conference. After hearing from the parties about their preferences regarding scheduling and the format of the conference, the Court set the settlement conference for **September 25, 2025, at 10:30 a.m. in the Organ Courtroom at the United States Courthouse, 100 N. Church St., Las Cruces, New Mexico.**
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.